**DISMISS and Opinion Filed December 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00902-CV

**EDDIE FRANKUM AND HALO PROTECTION SERVICES, INC., Appellants**
**V.**
**VIVIAN SCHWARZ, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-15096**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Before the Court is appellants' unopposed motion to dismiss appeal. Appellants no longer wish to prosecute this appeal as the parties have settled their differences. Accordingly, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180902F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

EDDIE FRANKUM AND HALO
PROTECTION SERVICES, INC.,
Appellants

No. 05-18-00902-CV      V.

VIVIAN SCHWARZ, Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-15096.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee VIVIAN SCHWARZ recover her costs of this appeal from appellants EDDIE FRANKUM AND HALO PROTECTION SERVICES, INC.

Judgment entered December 18, 2018.